IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS



FILED
AT WICHITA, KS
AUG 20 2009
CLERK
U.S. Court of Bankruptcy
By _____ Deputy

In re: KENNETH DUANE EDWARDS ) Case no. 05-13209
　　　　KIMBERLY ANN EDWARDS ) Chapter 13
)
)

## TRUSTEE'S REPORT TO COURT
## OF OUTSTANDING FUNDS

COMES NOW Laurie B. Williams, Standing Chapter 13 Trustee, and reports to the Court that she issued funds in the captioned case for the creditor(s) or debtor(s) listed below, which have either been returned due to an insufficient address, or the check(s) have never been presented to her bank for payment, and more than 60 days have passed since the funds were issued.

| Claim No | Creditor/ Debtor | Amount |
|---|---|---|
| REFUND | KENNETH & KIMBERLY EDWARDS | 2.34 |

The case has been completed, therefore the Trustee is turning the funds over to the Clerk of the Bankruptcy Court to be held in the Court Registry. Attached hereto is Trustee check no. 337628, in the amount of $ 2.34, payable to the Clerk of the Bankruptcy Court.

_L. B. Williams_
LAURIE B. WILLIAMS, S.CT. 12868
Standing Chapter 13 Trustee
225 N Market Suite 310
Wichita KS 67202
(316) 267-1791

```
UNITED STATES
BANKRUPTCY CT-KANSAS

    Wichita Division

# 00126228 - MV
August 20, 2009   0

Code    Case #    Qty    Amount

SMALL DI 05-13209         2.34 CH
Debtor - edwards


TOTAL#     2.34


FROM: LAURIE B. WILLIAMS
      225 N MARKET STE 310
      WICHITA KS67202
```